# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **KAMINO LLC** | § | |
| | § | |
| VS. | § | No. 5:19cv56-JRG-CMC |
| | § | |
| **COOLPAD TECHNOLOGIES, INC.** | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Docket No. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not filed an answer or a motion for summary judgment.  Accordingly, it is

**ORDERED** Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Docket No. 16) is accepted by the Court. The Court further **ORDERS** that Plaintiff's above-referenced case against Defendant Coolpad Technologies, Inc. is **DISMISSED with prejudice**.  Each party with bear all its own attorneys' fees and costs in this case.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 3rd day of September, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE